**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Criminal No. 1:21-mj-__ |
| v. | ) |
| | ) 16 U.S.C. § 1538(a)(1)(F) |
| GARY L. COOPER, | ) (Unlawful Sale of Endangered Species) |
| | ) |
| Defendant. | ) Forfeiture Notice |

## CRIMINAL INFORMATION

COUNT ONE

THE UNITED STATES ATTORNEY CHARGES THAT:

Between in or about June 2015 and in or about November 2018, in Fredericksburg, Virginia, within the Eastern District of Virginia, the defendant, GARY L. COOPER, did knowingly sell and offer for sale in interstate or foreign commerce endangered species of wildlife listed pursuant to Title 16, United States Code, Section 1533, including, to wit, on November 26, 2018, two pieces of carved elephant ivory.

(In violation of Title 16, United States Code, Sections 1538(a)(1)(F) and 1540(b)(1)).

FORFEITURE NOTICE

Pursuant to Fed. R. Crim. P. 32.2(a), the defendant, GARY L COOPER, is hereby notified that if convicted of the offense in the Criminal Information, the defendant shall forfeit to the United States, pursuant to 16 USC § 1540(e)(4), 18 U.S.C. § 981(a)(1)(C), and 28 USC § 2461(c), all fish, wildlife, and plants, taken, possessed, sold, purchased, offered for sale or purchase, transported, delivered, received, carried, shipped, exported, or imported contrary to the provisions of 16 U.S.C. § 1531 *et. seq.*, any regulation made pursuant thereto, or any permit or certificate issued thereunder shall be subject to forfeiture to the United States upon conviction of a criminal violation pursuant to subsection (b)(1) of 16 U.S.C. § 1540.

(Pursuant to Title 18, United States Code, 981(a)(1)(C); Title 16, United States Code § 1540(e)(4); Title 28, United States Code, Section 2461; and Fed. R. Crim. P. 32.2(a).)

Respectfully submitted,

Raj Parekh
Acting United States Attorney

By: _____
Gordon D. Kromberg
Assistant United States Attorney
Sara A. Hallmark
Alejandra Arias
Special Assistant United States Attorneys
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314