## Attachment A

| Box # | Item # | Description | Image |
|-------|--------|-------------|-------|
| 1 | 1-C | Figurine - group scene |  |
| 1 | 1-D | Figurine - Buddha |  |
| 1 | 1-F | Vase |  |

| Box # | Item # | Description | Image |
|-------|--------|-------------|-------|
| 1 | 1-H | Vase |  |
| 1 | 1-I | Figurine - dragon |  |
| 1 | 1-J | Figurine - boy with turtle |  |

| Box # | Item # | Description | Image |
|---|---|---|---|
| 1 | 1-K | Figurine - boy with bird |  |
| 1 | 1-O | Chalice with dragons |  |
| 1 | 1-Q | Figurine - breastfeeding female |  |

| Box # | Item # | Description | Image |
|-------|--------|-------------|-------|
| 1 | 1-T | Figurine - old man |  |
| 1 | 1-U | Figurine - old man with skull |  |
| 1 | 1-V | Figurine - dragon |  |

| Box # | Item # | Description | Image |
|-------|--------|-------------|-------|
| 1 | 1-X | Figurine - dog |  |
| 1 | 1-Y | Figurine - dog |  |
| 1 | 1-BB | Figurine - boy with branch |  |

| Box # | Item # | Description | Image |
|-------|--------|-------------|-------|
| 1 | 1-II | Ball with snake |  |
| 1 | 1-LL | Figurine - nude female |  |
| 2 | 2-R | Figurine - Sitting dog |  |

| Box # | Item # | Description | Image |
|-------|--------|-------------|-------|
| 2 | 2-U | Figurine - Buddha |  |
| 2 | 2-X | Figurine - Bear and fisherman |  |
| 2 | 2-LL | Figurine - bears and turtles |  |

| Box # | Item # | Description | Image |
|-------|--------|-------------|-------|
| 3 | 3-B | Figurine - Goddess |  |
| 3 | 3-C | Statue |  |
| 3 | 3-E | Figurine -Goddess |  |

| Box # | Item # | Description | Image |
|-------|--------|-------------|-------|
| 3 | 3-F | Globe |  |
| 3 | 3-J | Figurine - dragon |  |
| 3 | 3-L | Banana with people |  |

| Box # | Item # | Description | Image |
|-------|--------|-------------|-------|
| 3 | 3-O | Figurine - woman with barrel |  |
| 3 | 3-P | Figurine - old man |  |
| 3 | 3-R | Netsuke |  |

| Box # | Item # | Description | Image |
|-------|--------|-------------|-------|
| 3 | 3-T | Figurine - woman |  |
| 3 | 3-U | Figurine - man with cup |  |
| 3 | 3-V | Figurine - woman |  |

| Box # | Item # | Description | Image |
|-------|--------|-------------|-------|
| 3 | 3-W | Figurine - mermaid |  |
| 3 | 3-Y | Figurine - Goddess |  |
| 3 | 3-Z | Figurine - mermaid |  |

| Box # | Item # | Description | Image |
|-------|--------|-------------|-------|
| 3 | 3-AA | Figurine - old man |  |
| 3 | 3-BB | Figurine - cat |  |
| 3 | 3-DD | Figurine - elephant |  |

| Box # | Item # | Description | Image |
|-------|--------|-------------|-------|
| 3 | 3-EE | Figurine - Goddess |  |
| 3 | 3-FF | Figurine - old woman |  |
| 3 | 3-GG | Ring |  |

| Box # | Item # | Description | Image |
|-------|--------|-------------|-------|
| 3 | 3-HH | Statue of guitar player |  |
| 3 | 3-KK | Figurine - monkey on bull |  |
| 3 | 3-LL | Figurine - Japanese man |  |

| Box # | Item # | Description | Image |
|-------|--------|-------------|-------|
| 3 | 3-MM | Figurine - man with fish |  |
| 3 | 3-TT | Figurine - man walking barefoot |  |
| 3 | 3-XX | Last Supper in frame |  |

| Box # | Item # | Description | Image |
|-------|--------|-------------|-------|
| 3 | 3-ZZ | Figurine - man with females |  |
| 4A | 4A-A | Statue - death |  |
| 4A | 4A-B | Statue - chicken |  |

| Box # | Item # | Description | Image |
|-------|--------|-------------|-------|
| 4A | 4A-C | Statue - chicken |  |
| 4A | 4A-D | Statue - Japanese woman |  |
| 4A | 4A-E | Figurine - praying male |  |

| Box # | Item # | Description | Image |
|-------|--------|-------------|-------|
| 4A | 4A-F | Statue - animal scene |  |
| 4A | 4A-H | Whale tooth with trees |  |
| 4A | 4A-I | Raw whale tooth |  |

| Box # | Item # | Description | Image |
|-------|--------|-------------|-------|
| 4A | 4A-J | Raw whale tooth |  |
| 4A | 4A-K | Raw whale tooth |  |
| 4A | 4A-M | Carved vase with animals |  |

| Box # | Item # | Description | Image |
|-------|--------|-------------|-------|
| 4B | 4B-A | Raw whale tooth |  |
| 4B | 4B-D | Scrimshaw on tusk |  |
| 4B | 4B-E | Figurine - deity |  |

| Box # | Item # | Description | Image |
|-------|--------|-------------|-------|
| 4B | 4B-F | Scrimshaw on tusk |  |
| 4B | 4B-G | Figurine - man playing flute |  |
| 4B | 4B-I | Figurine - naked female |  |

| Box # | Item # | Description | Image |
|-------|--------|-------------|-------|
| 4B | 4B-J | Figurine - naked female |  |
| 4B | 4B-K | Figurine - male fishing |  |
| 5 | 5-A | Dagger |  |

| Box # | Item # | Description | Image |
|-------|--------|-------------|-------|
| 5 | 5-B | Bishop |  |
| 5 | 5-J | Raw whale tooth |  |
| 5 | 5-K | Scrimshawed whale tooth |  |

| Box # | Item # | Description | Image |
|-------|--------|-------------|-------|
| 5 | 5-L | Raw whale tooth |  |
| 5 | 5-R | Carved tusk |  |
| 5 | 5-S | Raw tusk |  |

| Box # | Item # | Description | Image |
|-------|--------|-------------|-------|
| 5 | 5-T | Raw tusk |  |
| 5 | 5-U | Walking stick |  |
| 5 | 5-V | Walking stick |  |

| Box # | Item # | Description | Image |
|-------|--------|-------------|-------|
| 5 | 5-W | Pool cue |  |
| 5 | 5-X | Umbrella |  |
| 6 | 6-A | Statue - male |  |

| Box # | Item # | Description | Image |
|---|---|---|---|
| 6 | 6-C | Figurine - Goddess head |  |
| 6 | 6-D | Figurine - Warrior |  |
| 6 | 6-E | Statue - male with firewood |  |

| Box # | Item # | Description | Image |
|-------|--------|-------------|-------|
| 6 | 6-K | Statue - chicken |  |
| 6 | 6-L | Statue - chicken |  |
| 6 | 6-M | Box with people |  |

| Box # | Item # | Description | Image |
|-------|--------|-------------|-------|
| 6 | 6-O | Statue - female |  |
| 6 | 6-P | Figurine -old woman |  |
| 6 | 6-Q | Plate with people |  |

| Box # | Item # | Description | Image |
|-------|--------|-------------|-------|
| 6 | 6-Z | Domino set |  |
| 7 | 7-A | Box with elephant |  |
| 7 | 7-B | Jar with elephant |  |

| Box # | Item # | Description | Image |
|-------|--------|-------------|-------|
| 7 | 7-C | Carved tusk |  |
| 7 | 7-D | Figurine - Buddha |  |
| 7 | 7-H | Figurine - woman with broom |  |

| Box # | Item # | Description | Image |
|-------|--------|-------------|-------|
| 7 | 7-M | Jar with rhino |  |
| 7 | 7-Q | Carved tusk with village scene |  |
| 7 | 7-S | Figurine - old man |  |

| Box # | Item # | Description | Image |
|-------|--------|-------------|-------|
| 7 | 7-T | Figurine - old man with bird |  |
| 7 | 7-U | Jar with monkey |  |
| 7 | 7-W | Jar with tiger and elephant |  |

| Box # | Item # | Description | Image |
|-------|--------|-------------|-------|
| 7 | 7-X | Figurine - people under tree |  |
| 7 | 7-Y | Jar with snakes |  |
| 7 | 7-Z | Jar with lions |  |

| Box # | Item # | Description | Image |
|---|---|---|---|
| 7 | 7-BB | Figurine - old man |  |
| 7 | 7-CC | Figurine - man fishing |  |
| 7 | 7-EE | Figurine - horse |  |

| Box # | Item # | Description | Image |
|---|---|---|---|
| 7 | 7-FF | Green ball with people |  |
| 7 | 7-GG | Figurine - Buddha |  |
| 7 | 7-HH | Figurine - people and tree |  |

| Box # | Item # | Description | Image |
|-------|--------|-------------|-------|
| 7 | 7-II | Figurine - man with fish |  |
| 7 | 7-JJ | Figurine - tiger |  |
| 8 | 8-B | Vase - flowers |  |

| Box # | Item # | Description | Image |
|-------|--------|-------------|-------|
| 8 | 8-E | Jar - with tiger and elephant |  |
| 8 | 8-G | Jar - elephant and lions |  |
| 8 | 8-H | Jar - lions |  |

| Box # | Item # | Description | Image |
|---|---|---|---|
| 8 | 8-I | Jar - people |  |
| 8 | 8-M | Figurine - Buddha |  |
| 8 | 8-P | Jar - lions and monkey |  |

| Box # | Item # | Description | Image |
|-------|--------|-------------|-------|
| 8 | 8-U | Jar - tigers |  |
| 9 | 9-A | Figurine - Buddha |  |
| 9 | 9-C | Statue - Goddess |  |

| Box # | Item # | Description | Image |
|-------|--------|-------------|-------|
| 9 | 9-D | Statue - Goddess |  |
| 9 | 9-E | Statue - Religious figure |  |
| 10 | 10-A | Carved tusk |  |

| Box # | Item # | Description | Image |
|-------|--------|-------------|-------|
| 12 | 12-A | Carved tusk |  |
| 12 | 12-B | Figurine - old man |  |
| 12 | 12-F | Carved tusk |  |

| Box # | Item # | Description | Image |
|-------|--------|-------------|-------|
| 12 | 12-G | Figurine - Chinese man |  |
| 12 | 12-H | Jar - people |  |
| 12 | 12-J | Figurine - sitting man with monkey |  |

| Box # | Item # | Description | Image |
|-------|--------|-------------|-------|
| 12 | 12-K | Figurine - Goddess |  |
| 12 | 12-M | Figurine - deity |  |
| 12 | 12-N | Figurine - deity |  |

| Box # | Item # | Description | Image |
|-------|--------|-------------|-------|
| 12 | 12-O | Figurine - deity |  |